Laura J. Eakes
Dezi S. Robb
WALKER & EAKES LLC
329 F Street, Suite 200
Anchorage, AK 99501
Tel: 907-272-9255
Fax: 907-272-9256
laura@walkereakes.com
dezi@walkereakes.com

Attorneys for Defendants
    City and Borough of Sitka and
    The Sitka Police Department

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| RONALD DICK, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>CITY AND BOROUGH OF SITKA & THE )<br>SITKA POLICE DEPARTMENT, )<br>)<br>        Defendants. )<br>) | Case No. 3:23-cv-00041-HRH |

## STIPULATION TO EXTEND PRETRIAL DEADLINES

The parties, by and through counsel, hereby move this Court for an extension of some upcoming pretrial deadlines. Currently, both parties are actively working toward resolving this matter as the court has recently issued its order on the motions for summary judgment. This motion is not made for the purpose of delay. Accordingly, the below listed deadlines may be extended and the new deadlines are as follows:

| | **Current Deadline** | **New Deadline** |
|---|---|---|
| Retained Expert ID | February 2, 2024 | March 29, 2024 |
| Retained Expert Reports | April 1, 2024 | May 27, 2024 |

*Ronald Dick v. City and Borough of Sitka et al*, Case No. 3:23-cv-00041-HRH
Stipulation to Extend Pretrial Deadlines
Page 1 of 3
Case 3:23-cv-00041-HRH    Document 29    Filed 01/30/24    Page 1 of 3

| | | |
|---|---|---|
| Rebuttal Reports | May 31, 2024 | July 26, 2024 |
| Close of Fact Discovery | April 16, 2024 | June 11, 2024 |
| Close of Expert Discovery | June 14, 2024 | August 9, 2024 |

DATED this 30th day of January, 2024 at Anchorage, Alaska.

> WALKER & EAKES, LLC
> Attorney for Defendants
> CITY AND BOROUGH OF SITKA &
> THE SITKA POLICE DEPARTMENT
>
> By: */s/ Dezi S. Robb*
> Dezi S. Robb
> Alaska Bar No. 2105053

DATED this 30th day of January, 2024 at Anchorage, Alaska.

> NORTHERN JUSTICE PROJECT, LLC
> Attorney for Plaintiff
> RONALD DICK
>
> By: */s Goriune Dudukigan*
> Goriune Dudukigan
> Alaska Bar No. 0506051

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

*Ronald Dick v. City and Borough of Sitka et al*, Case No. 3:23-cv-00041-HRH
Stipulation to Extend Pretrial Deadlines
Page 2 of 3
Case 3:23-cv-00041-HRH   Document 29   Filed 01/30/24   Page 2 of 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served *electronically* on this 30th day of January, 2024.

To the following persons:

James J. Davis, Jr.
Goriune Dudukgian
Northern Justice Project

      */s/ Lynne Wilson*
WALKER & EAKES, LLC
170.474/pldg/Stip to Extend

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

*Ronald Dick v. City and Borough of Sitka et al*, Case No. 3:23-cv-00041-HRH
Stipulation to Extend Pretrial Deadlines
Page 3 of 3

Case 3:23-cv-00041-HRH   Document 29   Filed 01/30/24   Page 3 of 3