Gregory R. Henrikson
Laura J. Eakes
WALKER & EAKES LLC
329 F Street, Suite 200
Anchorage, AK 99501
Tel: 907-272-9255
Fax: 907-272-9256
greg@walkerakes.com
laura@walkereakes.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| RONALD DICK,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND BOROUGH OF SITKA & THE SITKA POLICE DEPARTMENT,<br><br>Defendants. | ) | Case No. 3:23-cv-00041-HRH |

# NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Greogory Henrikson of Walker & Eakes hereby enters his appearance as an additional attorney of record on behalf of defendants, CITY AND BOROUGH OF SITKA & THE SITKA POLICE DEPARTMENT, and requests that all future pleadings and documents in the above cause be served at the office address of 329 F Street, Suite 200, Anchorage, Alaska 99501 and via email at greg@walkerkeakes.com and laura@walkereakes.com, and lynne@walkereakes.com.

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

DATED this 17th day of September, 2025 at Anchorage, Alaska.

WALKER & EAKES, LLC
Attorney for Defendants
CITY AND BOROUGH OF SITKA &
THE SITKA POLICE DEPARTMENT

By: */s Gregory R. Henrikson*
Gregory R. Henrikson
Alaska Bar No. 9811069

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 17th day of September, 2025, by:

___: Mail
XX: Email
___: Facsimile
___: Hand Delivery
___: Courier

To the following persons:

Ronald Dick
Email: drdaksi@gmail.com

/s *Lynne Wilson*
WALKER & EAKES, LLC
170.474/pldg/Entry

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256