**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| RONALD DICK,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND BOROUGH OF SITKA and THE SITKA POLICE DEPARTMENT,<br><br>Defendants. | Case No. 3:23-cv-00041-HRH |

**ORDER FOR SETTLEMENT CONFERENCE**

This matter is set for a settlement conference **on paper** before Chief United States Magistrate Judge Kyle F. Reardon who will review the confidential settlement proposals from the parties and decide if the Court is able to proceed and how best to accomplish settlement in this case.

**SETTLEMENT BRIEFS**

a. By **February 16, 2026**, each party must provide a candid, concise settlement brief that is no more than ten pages, not including attachments, which should be limited only to those items necessary for the Court to grasp the parties' case evaluation or settlement position. Settlement briefs will not be exchanged. The settlement brief shall include, but need not be limited to:

1) relevant facts, including any key facts that the party believes are admitted or in dispute, and an identification of the strengths and weaknesses of each party's case;
2) damages, including any applicable back pay, mitigation, compensatory and/or punitive damages, or any other special damages;
3) any pending dispositive or other substantive motions;
4) a history of the settlement negotiations in this case, including the last settlement proposal made by each party;

5) estimates of attorneys' fees and costs of litigation through trial; and

6) identification of the client representative(s) that will be attending the settlement conference and an acknowledgement that the attending representative(s) has full settlement authority.

b. The briefs must be mailed or delivered in a sealed envelope to Judge Reardon's Chambers, 222 West 7th Avenue, Box 6, Anchorage, AK 99513. Alternatively, the parties may email their briefs to ReardonProposedOrders@akd.uscourts.gov. The briefs are confidential and will not become part of the record. After the conference, the settlement conference judge will destroy all briefs.

c. A request to vacate or continue the settlement conference or otherwise depart from this order shall be done by motion filed with the Court at least one week prior to the deadline for submission of settlement briefs, except in exigent circumstances. Such a motion will be granted only for good cause. Failure to comply with any of the provisions of this order may result in sanctions.

IT IS SO ORDERED.

DATED this 14th day of January, 2026 at Anchorage, Alaska

UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

/s/ Kyle F. Reardon
KYLE F. REARDON
United States Magistrate Judge
District of Alaska